UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1438

Goodson v. City of Philadelphia

To:     Clerk

1)    Unopposed Motion by Appellant to Stay Briefing Schedule

---

The foregoing motion is denied without prejudice to, if necessary, following the procedures outlined in Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1.  Cf. Venen v. Sweet, 758 F.2d 117, 120–23 (3d Cir. 1985).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 17, 2024
CLW/cc: David M. Koller, Esq.
    Jordan D. Santo, Esq.
    Meghan Byrnes, Esq.